## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 290 WAL 2023

        Respondent : 

: Petition for Allowance of Appeal
: from the Order of the Superior Court

        v. : 

CHARLES MICHAEL BECHER, : 

        Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.